Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Rd., Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated, | **Case No: 8:23-cv-01304-DOC-KES** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| FIRSTLINE HOME LOANS, INC., | |
| Defendants. | Judge: Hon. David O. Carter |

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached private settlement of the material issues in dispute in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within thirty (30) days from today. The Parties will file a request for dismissal with prejudice upon final settlement.

DATED: August 31, 2023                **PRATO & REICHMAN, APC**

 /s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN