Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>FIRSTLINE HOME LOANS, INC.,<br><br>Defendants. | Case No: 8:23-cv-01304-DOC-KES<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. David O. Carter |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is voluntarily dismissed, <u>with prejudice</u> against the sole defendant, FIRSTLINE HOME LOANS, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). The Defendant has not filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED:  September 15, 2023                     **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
PAUL SAPAN